# United States District Court

Northern DISTRICT OF California

See 1 in Addendum
v.
See 2 in Addendum

**SUMMONS IN A CIVIL ...**

CASE NUMBER:

CV 08

TO: (Name and address of defendant)
See 3 in Addendum

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name...

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by ...
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of ...
reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(BY) DEPUTY CLERK

DATE