# United States District Court

Northern _____ DISTRICT OF _____ California

**SUMMONS IN A CIVIL CASE**

See 1 in Addendum
V.
See 2 in Addendum

CASE NUMBER:

CV 08  3473

EDL

TO: (Name and address of defendant)
See 3 in Addendum

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA  94133-2930

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING    JUL 1 8 2008

CLERK

(BY) DEPUTY CLERK   ANNA SPRINKLES

DATE   JUL 1 8 2008

# Addendum

1. BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-proft California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,

   Plaintiffs.

2. JOHN LONEY PALOMINO, as an individual and doing business as "L R F Resinous Flooring"; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,

   Defendants.

3. JOHN LONEY PALOMINO, as an individual and doing business as " L R F Resinous Flooring"
   9914 Kent Street, #5
   Elk Grove, California 95624

   AMERICAN CONTRACTORS INDEMNITY COMPANY
   9841 Airport Blvd., 9th Floor
   Los Angeles, CA 90045

AUG-01-2008 14:18  LEGALESE  916 453 2875  P.01/01

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KIMBERLY A. HANCOCK, ESQ. (205567)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2500058 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3 etc., et al.

Defendant:
JOHN LONEY PALOMINO, et al.

**PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number: C08-03473 EDL |

I, Stephanie Barber, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; INJUNCTION; CONTRACTOR'S LICENSE BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE; DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES JUDGE; WELCOME TO THE US DISTRICT COURT (GUIDELINES HANDOUT); CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA (BOOKLET)

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : JOHN LONEY PALOMINO

By Serving        : JOHN LONEY PALOMINO

Address           : 9914 Kent Street, #5, Elk Grove, California 95624
Date & Time       : Tuesday, July 29, 2008 @ 8:26 a.m.
Witness fees were : Not applicable.

Person serving:
Stephanie Barber
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2000-20
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 30, 2008                Signature: _____
                                              Stephanie Barber

Printed on recycled paper

TOTAL P.01

1714 Stockton, #300
San Francisco, California 94133-2930

Attorneys for: PLAINTIFFS

Ref. No. Or File No.
W2500056

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3 etc., et al.

Defendant:

**PROOF OF SERVICE**

Date: | Time: | Dept/Div: | Case Number: C08-03473 EDL

I, A. Molina, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRING BENEFIT CONTRIBUTIONS; INJUNCTION; CONTRACTOR'S LICENSE BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE; DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES JUDGE; WELCOME TO THE US DISTRICT COURT (GUIDELINES HANDOUT); CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA (BOOKLET)

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : AMERICAN CONTRACTORS INDEMNITY COMPANY

By Serving : RICO CRUZ, Vice President

Address : 9841 Airport Boulevard 9th Floor, Los Angeles, California 90045
Date & Time : Thursday, July 24, 2008 @ 4:25 p.m.
Witness fees were : Not demanded or paid.

Person serving:
A. Molina
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 5414
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 25, 2008

Signature: _____
A. Molina


Printed on recycled paper